# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **U.S. BANK TRUST NATIONAL ASSOCATION,** *as Trustee of the Tiki Series IV Trust*, | § § § § | |
| **Plaintiff,** | § | |
| v. | § § | A-21-CV-1188-RP-ML |
| **JERRY K WALDEN, JR.,** *also known as* Jerry K. Walden, and **TAMATHA WALDEN,** | § § § § | |
| **Defendants.** | § | |

## ORDER

Pursuant to the court's order, the parties in this case filed their Joint Status Report (Dkt. 54) on March 18, 2025. In the status report, the parties indicated that Plaintiff would file a motion seeking an order from the court that would allow Plaintiff to seek a new order and proceed with a non-judicial sale of the property. Dkt. 54 at 3. To date, neither party has filed a motion.

Therefore, the court **ORDERS** the parties to move for any relief to which they believe they are entitled in the wake of the Fifth Circuit remand. The parties may meet and confer to decide whether to file one joint motion or separate motions for relief. The court further **ORDERS** the parties to file their motions on or before **May 2, 2025**.

SIGNED April 14, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE