UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, *Plaintiff*, | § § § § | |
| v. | § § | Case No. 1:21-cv-01188-ADA |
| Jerry K. Walden, Jr. a/k/a Jerry K. Walden and Tamatha Walden, *Defendants.* | § § § § | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 72. Judge Lane issued his report and recommendation on October 1, 2025. *Id.* Defendants filed objections to the report and recommendation on October 22, 2025. Dkt. 74.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b)(1)(C). A district court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

Because Defendants filed timely objections to the report and recommendation, the Court has conducted an independent review of the record in this cause and has conducted a de novo review with respect to those matters raised by Defendants. After

due consideration, the Court concludes that Defendants' objections lack merit and adopts the report and recommendation as its own.

Accordingly, the Court will enter a final judgment in favor of Plaintiff U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, declaring that it was entitled to foreclose on the real property located at 1017 Burleson Street, San Marcos, Texas, and that its September 5, 2023 foreclosure sale was proper.

**SIGNED** on October 24, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE